SEALED    FILED

APR 1 7 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-01336

IN RE: SEIZURE WARRANT FOR                           :
                                                     :
Funds in Bank of America Account No. 2370 2793 5882: :
in the Name of Ali Group, Inc. d/b/a                 :
Hanna Stop 'n' Shop up to the amount of $856,104.51: :

## ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the above-referenced Application and Affidavit for Seizure Warrant, and all attachments, the Motion to Seal, and this Order filed therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the Internal Revenue Service-Criminal Investigation (IRS-CI) upon request.

This the 17 day of April, 2014.

_____
JAMES E. GATES
United States Magistrate Judge